No. 732, October Term, 1945. HELWIG *v.* UNITED STATES. October 14, 1946. 328 U. S. 820.

No. 744, October Term, 1945. EVANS *v.* UNITED STATES. October 14, 1946. 328 U. S. 855.

No. 754, October Term, 1945. SEWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. 327 U. S. 783.

No. 790, October Term, 1945. AETNA INSURANCE CO. *v.* HOBBS, COMMISSIONER OF INSURANCE; and
No. 791, October Term, 1945. AMERICAN INDEMNITY Co. *v.* HOBBS, COMMISSIONER OF INSURANCE. October 14, 1946. 328 U. S. 822.

No. 843, October Term, 1945. SECURITIES & EXCHANGE COMMISSION *v.* W. J. HOWEY Co. ET AL. October 14, 1946. 328 U. S. 293.

No. 987, October Term, 1945. WILSON *v.* UNITED STATES. October 14, 1946. 328 U. S. 823.

No. 1055, October Term, 1945. BEECHER *v.* FEDERAL LAND BANK OF SPOKANE ET AL. October 14, 1946. 328 U. S. 871.

No. 1068, October Term, 1945. EASTMAN *v.* UNITED STATES. October 14, 1946. 328 U. S. 852.